**FILED**
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

KAREN DeHONEY    Plaintiff,

CASE NO. **08    4092**

vs.

Kathy Kaser, Tiffany Bass,
Albert Mottu, Betty (Patty) Foster,
Joseph Sarek and
Dennys Corporation    Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, KAREN DeHONEY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ✗  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1116.00 (Fluctuate)    Net: 614.28 (Fluctuate)

Employer: Catalina Restaurant Group
2200 Faraday Dr., Suite #250 · Carlsbad, CA 92008

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | Not Applicable
3 | Not Applicable
4 | Not Applicable
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a. Business, Profession or     Yes ___ No ✗
8 |        self employment?
9 |     b. Income from stocks, bonds,     Yes ___ No ✗
10 |        or royalties?
11 |     c. Rent payments?     Yes ___ No ✗
12 |     d. Pensions, annuities, or     Yes ___ No ✗
13 |        life insurance payments?
14 |     e. Federal or State welfare payments,     Yes ___ No ✗
15 |        Social Security or other govern-
16 |        ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | Not Applicable
20 | Not Applicable
21 | 3. Are you married?     Yes ___ No ✗
22 | Spouse's Full Name: Not Applicable
23 | Spouse's Place of Employment: Not Applicable
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ Not Applicable     Net $ Not Applicable
26 | 4.     a. List amount you contribute to your spouse's support: $ Not Applicable
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |        and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)     - 2 -

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | NOT APPLICABLE
3 | NOT APPLICABLE
4 | 5.   Do you own or are you buying a home?         Yes ___ No ✓
5 | Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
6 | 6.   Do you own an automobile?                        Yes ___ No ✓
7 | Make N/A   Year N/A   Model N/A
8 | Is it financed? Yes N/A  No N/A  If so, Total due: $ N/A
9 | Monthly Payment: $ N/A
10 | 7.   Do you have a bank account?  Yes ✓ No ___ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: BANK of AMERICA
12 | 240 E. TULARE St.
13 | Present balance(s): $ 0.00
14 | Do you own any cash?  Yes ___ No ✓ Amount: $ N/A
15 | Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 | market value.)                                             Yes ___ No ✓
17 | N/A
18 | 8.   What are your monthly expenses?
19 | Rent: $ 300.00        Utilities: 100.00
20 | Food: $ 160.00        Clothing: 30.00
21 | Charge Accounts:
22 | Name of Account         Monthly Payment         Total Owed on This Account
23 | N/A                     $ N/A                   $ N/A
24 | N/A                     $ N/A                   $ N/A
25 | N/A                     $ N/A                   $ N/A
26 | 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | Collections 2006 to CURRENT

Form-Intake 3 (Rev. 4/05)                       - 3 -

1. N/A

2. 10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

N/A

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August 23, 2008                    *(signature)*
DATE                                SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                    - 4 -